# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ROCCA,** | Case No.: CV 17-527 DMG (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **JALIDAT, INC., et al.,** | |
| Defendants. | |

On September 13, 2017, this Court having granted in part Defendants' motion for summary judgment on Plaintiff's federal claims and dismissed without prejudice Plaintiff's state law claims,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants Jalidat, Inc.; Andrew F. Van Der Valk; Linda J. Van Der Valk; James A. Van Der Valk; and Amanda M. Van Der Valk, and against Plaintiff Michael Rocca.

**IT IS SO ORDERED.**

DATED: September 13, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE